# HENRY M. WHITEHEAD, RESPONDENT, *v.* ANDREW KENNEDY, APPELLANT.

*Counsel fees — attorney and client, relation of.*

Where the relation of attorney and client exists, the courts regard their dealings, through which important advantages are secured from the client, with a great degree of suspicion. They are considered to be the result of the controlling influence of the attorney or counsel over the client, and in order to entitle them to be sustained evidence is required which will remove or overcome that inference. (*Sweeney* v. *King*, 35 Eng. Law and Eq., 100, 104.)

The presumption is against the fairness and validity of the transaction, and the party claiming the advantage is required to rebut the presumption, before he will be at liberty to retain and enjoy the benefits of the transaction. (*Evans* v. *Ellis*, 5 Den., 640; *Brock* v. *Barnes*, 40 Barb., 521; *Ford* v. *Harrington*, 16 N. Y., 285.)

APPEAL from a judgment in favor of the plaintiff, recovered on a referee's report.

*John E. Parsons*, for the appellant. *Henry M. Whitehead*, respondent, in person.

Opinion by DANIELS, J. DAVIS, P. J., concurred. BRADY, J., concurred in the result.

Judgment reversed and new trial ordered, costs to abide the event, unless plaintiff stipulate to reduce amount reported due to $6,000 and interest from date of report; in that event judgment affirmed, without costs.